# UNITED STATES DISTRICT COURT
## District of Minnesota

Adan Quitero Candela

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, Peter Berg, U.S. Immigration & Customs Enforcement, U.S. Department of Homeland Security, Sirce Owens, Executive Office for Immigration Review, John Doe

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00350-PJS-SGE

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.

2. The Court DECLARES that petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).

3. Respondents must release petitioner from custody immediately.

4. The remainder of petitioner's petition is DENIED WITHOUT PREJUDICE.

Date: 1/20/2026

KATE M. FOGARTY, CLERK